72 MAP 2018

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RICHARD D. NAVARRO, | : | No. 396 MAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA STATE POLICE, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of December, 2018, the Petition for Allowance of Appeal

**GRANTED.** The issue, as stated by petitioner, is:

> Did the Pennsylvania Commonwealth Court err when it reversed a decision of the Pennsylvania Office of the Attorney General upholding a decision of the Pennsylvania State Police to deny a firearms background check, based on a failure of the ALJ to determine if a firearm had moved in interstate commerce, when the statute, 18 Pa.C.S. § 6111.1(e), does not require such a finding?